| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------------- x <br> **ROSADO**, <br>                                      **Petitioner,** <br>     -against- <br> **YELICH,** <br>                                      **Respondent.** <br> ------------------------------------------------------------------- x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 10/27/2020 <br><br> 1:18-cv-06435-ALC <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

      For the reasons indicated in the Court's contemporaneously filed Opinion and Order, this case is DISMISSED. Accordingly, the Clerk of Court is respectfully directed to close this case. Respondent is directed to serve this Order and the Opinion and Order on Petitioner and file proof of service by November 10, 2020.

**SO ORDERED.**
**Dated:**     **New York, New York**
              **October 27, 2020**

                                                  _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**