**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROSADO,

                                    Petitioner,                    18 **CIVIL** 6435 (ALC)

              -against-                                        **JUDGMENT**

YELICH,

                                    Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated October 27, 2020, and the Court's Order dated

October 27, 2020, the petition for habeas corpus is DENIED and the case is dismissed.

**DATED:**  New York, New York
              October 28, 2020

                                                        **RUBY J. KRAJICK**
                                            _____
                                                        **Clerk of Court**
                                        **BY:**      K. Mango
                                            _____
                                                        **Deputy Clerk**